UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

TIANIE NELSON and TANISHA DAVIS, )
)
Plaintiffs, )
)                              Case No.
v. )
)                              *Removal from Jackson*
ROSEWOOD OPERATOR, LLC, )                *County Circuit Court*
)                              *Case No. 2416-CV19338*
Defendant. )

## DECLARATION OF JASON NUSBAUM

I, Jason Nusbaum, declare and state as follows:

1.     I am over 21 years of age, and I am competent to attest to the matters set forth in this Declaration. The facts and statements contained herein are based on my own personal knowledge and if called to testify as a witness, I could competently testify to these facts.

2.     I am the Human Resources Director at Rosewood Operator LLC d/b/a Rosewood Rehab & Healthcare Center ("Rosewood"), which is located in Independence, Missouri.

3.     As the HR Director, I maintain the employee personnel files and payroll files for individuals employed at Rosewood in the ordinary course of business.

4.     I am familiar with the plaintiffs in this case, Tianie Nelson and Tanisha Davis, both of whom were employed by Rosewood.

5.     According to Rosewood's personnel and payroll records, Tanisha Davis earned $21 per hour and was scheduled to work forty (40) hours per week, which equates to approximately $3,640 monthly.

6.     According to Rosewood's personnel and payroll records, Tianie Nelson

**EXHIBIT**

**3**

earned $18.50 per hour and was scheduled to work variable hours, which averaged approximately twenty-four (24) hours per week, which equates to approximately $1,924 monthly.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge, belief and information.

DATED this 26th day of August, 2024.

Jason Nusbaum