We use cookies and similar technologies on this site to enhance functionality, analyze traffic and usage, and deliver personalized content. | Learn More

I Accept

DEMO

Develop valuable career skills

PLAINTIFF'S
EXHIBIT

1
_____

HCA Midwest Health

Apply No

You can make a difference here

Apply

Staffing Coordinator   |   Independence, MO   |   Search

Salary

Resume Critique

Job Openings

## Staffing Coordinator

The Groves Rehab and Healthcare Center   |   Job Openings at The Groves Rehab and Healthcare Center →   Similar Jobs →

Independence, MO   |   Full Time
POSTED ON 4/23/2024      CLOSED ON 5/28/2024

## Job Posting for **Staffing Coordinator** at **The Groves Rehab and Healthcare Center**

**WATCH OUR EMPLOYEE VIDEOS!** https://youtu.be/d7MHZUJ1eso & https://youtu.be/9I4cYdEIsUU

**Job brief**

**We are looking for a competent Staffing coordinator to undertake a variety of tasks such as recruitment, orientation and placement of employees. You will also be the one to ensure that the company complies with all relevant laws regarding employment.**

**Shift will be 1-9pm. With rotating on call weekends.**

**A staffing coordinator must be an excellent communicator, able to foster relationships with both employees and external vendors. They should ideally have experience in hiring and onboarding as well as other human resources procedures.**

**The goal is to ensure that the company's staffing requirements are always met and employees work in a friendly, supportive environment.**

**Responsibilities**

**Oversee all staffing needs and operations of the company**
**Liaise with recruiting agencies to fill vacancies in a timely manner**

**Staffing Coordinator**
SRZ Management LTC - Kansas, MO

View Job Details

**Staffing Coordinator**
Trustwell Living of Raytown - Raytown, MO

View Job Details

**Staffing Coordinator/ Director**
Luxor Healthcare - Lees Summit, MO

Discover your new job

Collaborate with payroll to ensure correct employee compensation
Ensure compliance with internal and external policies and regulations
Prepare and submit reports on staffing operations

Requirements and skills

Proven experience as staffing coordinator or similar position
Experience in planning and execution of HR plans (onboarding, hiring etc.)
Solid knowledge of relevant legal regulations (equal employment opportunity, relocation, laws, visa procedures etc.)
Knowledge of staffing policies, procedures and best practices
Outstanding organizational and leadership skills
Excellent communication and interpersonal abilities
Reliable with a respect to confidentiality

**View Less**

☑ **Apply for this job**

☑ **Receive alerts for other** Staffing Coordinator **job openings**

( **Report this Job** )

**Estimate Salary for Staffing Coordinator in Independence, MO**

**$68,268 (Medium)**

**$58,845 (25th)** ⋮ **$77,692 (75th)**

Price a job for your company

**For Employer**

**Looking for Real-time Job Posting Salary Data?**

Keep a pulse on the job market with advanced job matching technology.

Job Matching

**MPLOYER**

If your compensation planning software is too rigid to deploy winning incentive strategies, it's time to find an adaptable solution.

Compensation Planning →

**LOOKING FOR ACCURATE SALARY DATA?**

Enhance your organization's compensation strategy with salary data sets that HR and team managers can use to pay your staff right.

Surveys & Data Sets →

Sign up to receive alerts about other jobs that are on the **Staffing Coordinator** career path.

Click the checkbox next to the jobs that you are interested in.

☐ **House Supervisor**
Income Estimation: $107,543 - $124,299

☐ **Hospital Staffing Coor...**
Income Estimation: $41,426 - $53,103

☐ **Clinic Manager I**
Income Estimation: $70,527 - $94,523

☐ **Emergency Services M...**
Income Estimation: $125,468 - $160,437